IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FEDERATED MUTUAL INSURANCE COMPANY, | § § § § | |
| Plaintiff, | § § | |
| v. | § | 1:21-CV-315-RP |
| XPO LOGISTICS FREIGHT, INC., | § § § | |
| Defendant. | § § | |

**FINAL JUDGMENT**

On October 21, 2021, the Court adopted United States Magistrate Judge Susan Hightower's report and recommendation concerning Plaintiff's Motion for Entry of Default Judgment, (Dkt. 9). (R. & R., Dkt. 12). The Court's order granted Plaintiff's Motion for Entry of Default Judgment, (Dkt. 9).

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Defendant XPO Logistics Freight, Inc. pay monetary damages to Plaintiff Federated Mutual Insurance Company in the amount of $13,900, as well as $565 in costs, and pre-judgment interest of $521.73. The award shall bear post-judgment interest to be calculated and compounded pursuant to 28 U.S.C. § 1961, until paid in full.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on October 29, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE